**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-4602**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CHRISTOPHER ALEXANDER REINA,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:14-cr-00252-WO-1)

Submitted:  May 27, 2021                                    Decided:  June 11, 2021

Before WILKINSON, HARRIS, and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Harvey A. Carpenter IV, THE LAW OFFICES OF HA (ALEC) CARPENTER IV, Greensboro, North Carolina, for Appellant.  Kyle David Pousson, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

The district court revoked Christopher Alexander Reina's term of supervised release based on his drug use and his commission of new criminal conduct and sentenced him to 20 months' imprisonment, which is to run consecutively to any sentence imposed for his North Carolina conviction for felony breaking and entering. The district court allowed him to self-report by December 28, 2020, for service of his sentence. Reina failed to report and his whereabouts are unknown.[*] Reina's counsel has filed an appellate brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). The Government has moved to dismiss the appeal based on Reina's status as a fugitive.

"It has been settled for well over a century that an appellate court may dismiss the appeal of a defendant who is a fugitive from justice during the pendency of his appeal." *Ortega-Rodriguez v. United States*, 507 U.S. 234, 239 (1993). Reina's fugitive status "disentitles [him] to call upon the resources of the Court for determination of his claims." *Id.* at 240 (quoting *Molinaro v. New Jersey*, 396 U.S. 365, 366 (1970)).

Accordingly, we grant the Government's motion to dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Reina also failed to self-surrender to North Carolina authorities for service of his state sentence imposed for his breaking and entering conviction.